```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
       11332 Mountain View Ave., Suite C
 3     Loma Linda, California 92354
 4     Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
 5     E-Mail: Bill.latour@verizon.net
 6
 7  Attorney for Plaintiff
```

FILED
CLERK U.S. DISTRICT COURT

SEP - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CONNIE SHAW,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>  Defendant. | No. EDCV 09-2285 PLA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00) subject to the terms of the stipulation.

DATE: 9/3/10  _____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

-1-